ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
 Social Security Administration
 Program Litigation 1
 Law & Policy
 6401 Security Boulevard
 Baltimore, MD 21235
 Telephone: (510) 970-4818
 Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MICHAEL LEWIS MURPHY, <br><br>    Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br>    Defendant. | No. 2:25-CV-03213-DMC <br><br> STIPULATED MOTION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

  Defendant respectfully moves for an extension of fourteen (28) days to respond to Plaintiff's Motion for Summary Judgment in this case, from the current due date of February 27, 2026, to the new date of March 27, 2026. Plaintiff's counsel was contacted today and indicated his willingness to stipulate to this extension request. This is Defendant's first request for an extension in this case and is based on the following.

  In the process of drafting the brief in this case, it became apparent to the drafter of the need to discuss some issues raised in this case with the client, specifically the possibility of

Stipulated Motion for Extension of Time

1

settling this case.  This requires further communication between counsel for Defendant and their client. An extension of 28 days would give sufficient time for the client to consider and respond regarding possible settlement or, if settlement is not possible, briefing the case.

The undersigned Counsel apologizes to the Court and Plaintiff's counsel for any inconvenience caused by this request and delay.  All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

ERIC GRANT
United States Attorney

DATE: February 25, 2026          By:    *s/ Oscar Gonzalez de Llano*
                                        OSCAR GONZALEZ DE LLANO
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

Respectfully submitted,

Law Offices of Francesco Benavides

DATE: February  25, 2026         By:    *s/ Francesco Benavides*
                                        FRANCESCO P. BENAVIDES
                                        Attorney for Plaintiff
                                        (*as authorized by email)

ORDER

Pursuant to Defendant's Motion, IT IS SO ORDERED that Defendant shall have an extension, up to and including March 27, 2026, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  February 25, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE