ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    Program Litigation 1
    Law & Policy
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MURPHY,<br><br>        Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No. 2:25-CV-03213-DMC<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

The parties agree the above-captioned case will be reversed and remanded for calculation of benefits based on a finding of disability as of November 19, 2014, Plaintiff's amended alleged onset date. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.

Stip. to Remand

Respectfully submitted this 24th day of March, 2026.

ERIC GRANT
United States Attorney

By:  *s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorneys for Defendant


LAW OFFICES OF FRANCESCO BENAVIDES

By:  *s/ FRANCESCO P. BENAVIDES*
FRANCESCO P. BENAVIDES
(*as authorized by email)
Attorney for Plaintiff

Stip. to Remand

## **ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for a finding of disability consistent with the terms of the Stipulation to Remand.

**Dated:  March 30, 2026**

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Stip. to Remand